UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> V. <br><br> JAMES RICHARD BAILEY, JR., <br>     Defendant. | CRIMINAL NO. 5:15-03-KKC <br><br> **OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a motion (DE 81) filed by the defendant James Richard Bailey, Jr. in which he asks the Court to order the U.S. Marshal to transfer him from the Fayette County Detention Center to FCI Elkton. The Court is unable to grant the relief requested and, accordingly, the motion is DENIED.

By judgment dated June 23, 2016, the Court sentenced Bailey to a prison term of 72 months. In that order the Court remanded Bailey to the custody of the U.S. Marshal. He states he was placed in FCI Elkton and then moved to a residential reentry program to serve the last of his sentence. He was found guilty of violating the program's rules in some way, however, and was transferred from the facility to the detention center. He now asks the Court to order that he be transferred back to FCI Elkton.

"After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S. 329, 335 (1992). By statute, the BOP is responsible for determining the place where a prisoner is confined. 18 U.S.C. § 3621(b).

Thus, Bailey must first exhaust his administrative remedies with the BOP. *See* 28 C.F.R. § 542.10–16. If he objects to the BOP's final determination, then he may seek review of that decision by this Court under 28 U.S.C. § 2241 if appropriate. *See United States v. Jalili*, 925 F.2d 889, 894 (6th Cir. 1991).

Dated February 24, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY